Argued December 15, 1977, affirmed January 16, 1978

KIEWEL, *Appellant,*
*v.*
LIBERTY MUTUAL INSURANCE COMPANY,
*Respondent.*
(No. A 7702 02854, CA 9062)
572 P2d 1335

Harlan Bernstein, Portland, argued the cause for appellant. With him on the briefs was Jack Ofelt, Jr., Portland.

Elizabeth K. Reeve, Portland, argued the cause for respondent. On the brief were Ridgway K. Foley, Jr., Michael D. Hoffman, Ruth J. Waxman, Roger A. Luedtke, and Souther, Spaulding, Kinsey, Williamson & Schwabe, Portland.

Before Schwab, Chief Judge, and Thornton and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

In this worker's compensation case the sole issue is a factual one—is claimant permanently and totally disabled? We agree with the triers of fact below that he is not.

Affirmed.